UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TOWN OF CLARKSVILLE, INDIANA, for the use and benefit of the Clarksville Department of Redevelopment, | ) ) ) ) |
| Plaintiff, | ) Case No. 4:23-cv-00062-TWP-KMB ) |
| v. | ) Chief Judge Tanya Walton Pratt ) Magistrate Judge Kellie M. Barr |
| CLARKS LANDING ENTERPRISE INVESTMENTS LLC, COLGATE-PALMOLIVE COMPANY and CLARK COUNTY TREASURER, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Joint Stipulation and Motion to Dismiss filed by Plaintiff Town of Clarksville, Indiana, and Defendants Clarks Landing Enterprise Investments LLC and Clark County Treasurer, this cause of action is hereby dismissed without prejudice, with each party to bear its own attorney's fees and costs. This is a final and appealable order, as there is no just reason for delay.

Date: 8/15/2025

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on
all ECF-registered counsel of record
via email generated by the court's
ECF system.